No. 172, Misc. JACKSON v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 182, Misc. WEEKS v. WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent.

No. 200, Misc. PRINCE v. BETO, CORRECTIONS DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Waggoner Carr,* Attorney General of Texas, and *Howard Fender, Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondents.

No. 327, Misc. ROBERTS v. CALIFORNIA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.

No. 489, Misc. BRAY v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 207, Misc. BINGLEY v. ARKANSAS. Supreme Court of Arkansas. Certiorari denied. Petitioner *pro se. Bruce Bennett,* Attorney General of Arkansas, and *Jerry L. Patterson,* Assistant Attorney General, for respondent.